UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDY M. BUFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>MATHESON TRUCKING, INC., et al.,<br><br>        Defendants. | No.  2:21-cv-00151-MCE-AC<br><br>**ORDER** |

This action was initiated on January 26, 2021, and, on May 26, 2022, this Court issued the following Minute Order:

> The Court's review of this action reveals no indication that defendants have been served with the Complaint, as required by the Initial Pretrial Scheduling Order.  Federal Rule of Civil Procedure 4(m) authorizes the court to dismiss an action where service has not been effectuated within those time parameters.  Plaintiff is thus ordered to show cause why this action should not be dismissed for failure to prosecute or to comply with the applicable rules.  See Fed. R. Civ. P. 41(b).  Plaintiff's counsel is directed to file a response, in writing, not later than 6/3/2022.  Failure to file a response will result in dismissal of this action, with prejudice and without further notice.

ECF No. 5.  No response has been filed.

///

///

1

Accordingly, this action is hereby DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 6, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2