## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

          **JUDGMENT IN A CIVIL CASE**

**SINDY M. BUFORD,**

          CASE NO: **2:21–CV–00151–MCE–AC**

    v.

**MATHESON TRUCKING, INC., ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/7/2023**

                                              **Keith Holland**
                                              Clerk of Court

ENTERED:  **September 7, 2023**

                              by:  /s/  L. Reader
                                          Deputy Clerk